PER CURIAM.
Affirmed. Firestone v. Firestone, 263 So.2d 223, 225 (Fla.1972); Holl v. Talcott, 191 So.2d 40 (Fla.1966); City of Miami Beach v. 8701 Collins Ave., Inc., 77 So.2d 428, 430 (Fla.1954); Harbour Square Dev. Corp. v. Miller, 517 So.2d 773, 774 (Fla. 2d DCA 1988); Equitrac Corp. v. Kenny, Nachwalter & Seymour, P.A., 493 So.2d 548 (Fla. 3d DCA 1986); Scott v. NCNB Nat’l Bank of Fla., 489 So.2d 221, 223 (Fla. 2d DCA 1986); Burns v. Consolidated Am. Ins. Co., 359 So.2d 1203, 1206 (Fla. 3d DCA 1978); Kochan v. American Fire & Casualty Co., 200 So.2d 213, 220 (Fla. 2d DCA), cert. denied, 204 So.2d 329 (Fla.1967); Fla.R.Civ.P. 1.510(c).